UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JONATHAN SIMEONE ET AL.,

               Plaintiff(s),

v.

MULTNOMAH COUNTY ET AL.,

               Defendant(s).

Case No.: 3:26-cv-01557-AR

MOTION FOR LEAVE TO APPEAR
*PRO HAC VICE*

      Attorney Karla Gilbride requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party (or parties):
Plaintiff Jonathan Simeone et al.

      In support of this application, I certify that: 1) I am an active member in good standing with the D.C. State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

      I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

Name:   Gilbride        Karla

       *(Last Name)*       *(First Name)*    *(MI)*    *(Suffix)*

Agency/firm affiliation: American Civil Liberties Union Foundation, Inc.

Mailing address: 915 15th St. NW

City: Washington       State: D.C.    Zip: 20005

Phone number: (212) 549-2500    Fax number: (202) 546-0738

Business e-mail address: KGilbride@aclu.org

:

State bar admission(s), date(s) of admission, and bar number(s):
See attached

Other federal court admission(s) and date(s) of admission:
See attached

**(3)** :

☑ I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

☐ I am now or have been subject to disciplinary action by a state or federal bar association or subject to judicial sanctions.  (Attach letter of explanation.)

**(4)**

Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)**

I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

*Pro Hac Vice*                    I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: 07/28/2026

*(Signature)*

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue.  Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, provide the following information about local counsel, and obtain the signature of local counsel.

Name: Cooper                          Emily                          R.
          *(Last Name)*          *(First Name)*                *(MI)*          *(Suffix)*

OSB number: 182254

Agency/firm affiliation: Disability Rights Oregon

Mailing address: 900 SW 5th Avenue, Suite 1800

City: Portland                    State: OR          Zip:                    97204

Phone number: (503) 243-2081          Fax number:

Business e-mail address: ecooper@droregon.org

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number 3:26-cv-01557-AR          .

DATED: 07/24/2026                    .

_____
*(Signature of Local Counsel)*

**Karla Gilbride State Bar Admissions**

| State | Bar Number | Year of Admission |
|---|---|---|
| New York | 4559886 | 2008 |
| California | 264118 | 2009 |
| District of Columbia | 1005586 | 2012 |

**Karla Gilbride Federal Court Admissions**

| Court | Year of Admission |
|---|---|
| Supreme Court of the United States | 2016 |
| United States Court of Appeals for the First Circuit | 2016 |
| United States Court of Appeals for the Second Circuit | 2015 |
| United States Court of Appeals for the Third Circuit | 2018 |
| United States Court of Appeals for the Fourth Circuit | 2017 |
| United States Court of Appeals for the Sixth Circuit | 2019 |
| United States Court of Appeals for the Seventh Circuit | 2015 |
| United States Court of Appeals for the Eighth Circuit | 2015 |
| United States Court of Appeals for the Ninth Circuit | 2010 |
| United States Court of Appeals for the Tenth Circuit | 2019 |
| United States Court of Appeals for the Eleventh Circuit | 2016 |
| United States Court of Appeals for the D.C. Circuit | 2021 |
| United States District Court for the Central District of California | 2010 |
| United States District Court for the Northern District of California | 2010 |
| United States District Court for the District of Colorado | 2022 |
| United States District Court for the District of Columbia | 2012 |
| United States District Court for the Central District of Illinois | 2020 |
| United States District Court for the Western District of Missouri | 2020 |
| United States District Court for the Eastern District of New York | 2020 |
| United States District Court for the Southern District of New York | 2010 |
| United States District Court for the Middle District of Pennsylvania | 2020 |